# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | 2:11-cr-429-MMD-GWF |
| KEVIN CHAPMAN, ) | |
| Defendant. ) | ORDER |

On November 15, 2012, the court granted the defendant's request for appointment of new counsel (#70). New counsel was appointed on November 19, 2012 (#72). Therefore;

IT IS HEREBY ORDERED that Brett O. Whipple, Esq. is appointed as counsel for Kevin Chapman in place of the Federal Public Defender for all future proceedings.

IT IS FURTHER ORDERED that the Federal Public Defender shall forward the file to Mr. Whipple forthwith.

DATED this ___19th___ day of November, 2012.

Nunc Pro Tunc Date: November 19, 2012

GEORGE FOLEY, JR.
United States Magistrate Judge