# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | 2:11-cr-429-APG-GWF |
| KEVIN CHAPMAN, ) | |
| Defendant. ) | **ORDER** |

On June 11, 2013, the Court granted defendant Kevin Chapman's motion for removal of current appointed counsel (#95) and ordered new counsel appointed (#97). Therefore;

IT IS HEREBY ORDERED that Todd M. Leventhal, Esq. is appointed as counsel for Kevin Chapman in place of Brett O. Whipple, Esq. for all future proceedings.

IT IS FURTHER ORDERED that Mr. Whipple shall forward the file to Mr. Leventhal forthwith.

DATED this __17th__ day of June, 2013.

Nunc Pro Tunc: June 17, 2013.

_____
ANDREW P. GORDON
United States District Judge